# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

135387 & (13)(14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ADAM DAVID MARKOS,
      Defendant-Appellee.

SC: 135387
COA: 282211
Calhoun CC: 2007-003362-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 4, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals as on leave granted, and we DIRECT that court to decide the case on an expedited basis. The motion for stay is GRANTED in part. We ORDER that the previously scheduled trial not occur until the completion of this appeal.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

_____
Clerk

t1205